MEMORANDUM ENDORSEMENT

Carrasco v. Griffin,
17 CV 9643 (VB)

  In the attached motion dated August 15, 2021, plaintiff, proceeding pro se and in forma pauperis, renews his request for pro bono counsel and requests the Court appoint Brian Dratch as his counsel in this case. (Doc. #78).

  Plaintiff's request for pro bono counsel is DENIED WITHOUT PREJUDICE. The Court has considered the type and complexity of this case, the merits of plaintiff's claims, and plaintiff's ability to present the case. The Court does not find any exceptional circumstances in plaintiff's case that would warrant the appointment of counsel at this time. See 28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).

  Plaintiff may retain Mr. Dratch as his counsel if he wishes. If plaintiff retains counsel, counsel shall promptly file a notice of appearance on the docket.

  Chambers will mail a copy of this Order to plaintiff at the address on the docket.

  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

  The Clerk shall terminate the motion. (Doc. #78).

Dated: August 31, 2021
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/21

Copies Mailed/Faxed 8/31/21
Chambers of Vincent L. Briccetti

RECEIVED AUG 19 2021 U.S.D.C. W.P.

To the United States
District Court for the
Southern District

JOSE CARRASCO

Acting Commissioner, Annucci, et al.

Motion for
Appointment of
Counsel
17-CV-9643

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. I am unable to afford counsel, and have requested leave to proceed in forma pauperis.

2. I am legally blind, with a visual acuity of 20/1250, which will greatly limit my ability to litigate. The issues in this case are complex and will require significant research and investigation. Plaintiff has limited access to law library, and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made previous efforts to obtain a lawyer to no avail.

Wherefore, Plaintiff B. Request that the court appoint Brian Dratch of Franzblau Dratch, P.C., A member of the New York Bar Association, as counsel in this case.

August 15, 2021

Jose Carrasco
Jose Carrasco 09A6668
Sullivan Corr. Facility
Box 116
Fallsburg, NY 12733