UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE CARRASCO,
          Plaintiff,

v.

SUPERINTENDENT THOMAS GRIFFIN,
          Defendant.
------------------------------------------------------------x

**ORDER**

17 CV 9643 (VB)

As discussed at an on-the-record conference held today, and attended by plaintiff, who is proceeding pro se and in forma pauperis, and counsel for defendant, it is HEREBY ORDERED:

1. Defendant's motion for summary judgment is due February 18, 2022.

2. Plaintiff's opposition to defendant's motion for summary judgment is due April 18, 2022.

3. Defendant's reply in support of his motion for summary judgment is due May 2, 2022.

Chambers will mail a copy of this Order, along with a copy of the Motions Guide, to plaintiff to the address on the docket.

Dated: January 10, 2022
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge