UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSE CARRASCO,
                Plaintiff,

v.

SUPERINTENDENT THOMAS GRIFFIN,
                Defendant.
--------------------------------------------------------------x

**ORDER**

17 CV 9643 (VB)

       On February 15, 2022, the Court entered an Order providing defendant's motion for summary judgment was due March 4, 2022, plaintiff's opposition to defendant's motion was due May 2, 2022, and reply papers from defendant were due May 16, 2022. (Doc. #86). The February 15 Order was mailed to plaintiff, who is proceeding pro se and in forma pauperis, at the address on the docket.

       On March 4, 2022, defendant timely submitted his motion for summary judgment and filed proof of service of the motion and supporting papers on defendant on March 3, 2022. (Docs. ##87–94).

       To date, plaintiff has not responded to defendant's motion or sought an extension of time to do so.

       Today, May 16, 2022, defendant filed a letter requesting that the Court deem the motion fully submitted. Defendant's request is DENIED.

       Plaintiff's time to oppose the pending motion is sua sponte extended to June 6, 2022. If plaintiff fails to oppose the motion by June 6, 2022, the Court will deem the motion fully submitted and unopposed. The Court is not likely to grant any further extensions.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 16, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge