UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSE CARRASCO,
               Plaintiff,

v.

SUPERINTENDENT THOMAS GRIFFIN,
               Defendant.
--------------------------------------------------------------x

**ORDER**

17 CV 9643 (VB)

    The Court is in receipt of a letter from plaintiff, dated May 31, 2022 (which will be separately docketed), seeking a six-month extension of his deadline to oppose defendant's motion for summary judgment (Doc. #87) due to certain health issues that have prevented plaintiff from preparing his opposition.

    The Court is satisfied that plaintiff has shown good cause for an extension. Accordingly, plaintiff's request is GRANTED. **Plaintiff's time to oppose the pending motion is extended to December 6, 2022.** This is the second extension granted to plaintiff (see Doc. #96).

    **If plaintiff fails to oppose the motion by December 6, 2022, the Court will deem the motion fully submitted and unopposed.** The Court is not likely to grant any further extensions.

    Finally, plaintiff mailed his May 31 letter directly to Chambers. Going forward, plaintiff must address all future correspondence to the Pro Se Clerk at the following address:

Pro Se Clerk
United States District Court
300 Quarropas St.
White Plains, NY 10601

    The Court will disregard any future submissions sent directly to Chambers. To be clear, the Court will return to plaintiff all future submissions sent directly to Chambers.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 7, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge