UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE CARRASCO,

                Plaintiff,                17 **CIVIL** 9643 (VB)

   -against-                           **JUDGMENT**

SUPERINTENDENT THOMAS GRIFFIN,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2023, the motion for summary judgment is GRANTED. The case is dismissed with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v United States, 369 U.S. 438, 444–45 (1962);  accordingly, the case is closed.

**Dated:**  New York, New York
         March 20, 2023

                                              **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                              **BY:**

                                                   **Deputy Clerk**